JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY DIAZ, et al.,                          )
                                               )
                    Plaintiff,                 )
                                               )          CASE NO. CV 16-3642 GHK (SKx)
          vs.                                  )
                                               )
INSITUFORM TECHNOLOGIES, INC.,                 )          **ORDER OF DISMISSAL**
                                               )
                    Defendants.                )
_____)

        The Court having been advised by counsel for the parties that the above-entitled action

has been settled,

        **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without

prejudice to the right, upon good cause shown within **30 days**, to reopen the action if

settlement is not consummated.


Dated: 10/14/16

                                        _____
                                               GEORGE H. KING
                                               United States District Judge